BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
KEVIN B. REIDY (Cal. Bar No. 320583)
Assistant United States Attorney
Major Frauds Section
BENEDETTO L. BALDING (Cal. Bar No. 244508)
Assistant United States Attorney
Transnational Organized Crime Section
    1100/1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8536/2274
    Facsimile: (213) 894-0141
    E-mail:   kevin.reidy@usdoj.gov
               benedetto.balding@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ANDREW A. WIEDERHORN,<br>WILLIAM J. AMON,<br>REBECCA D. HERSINGER, and<br>FAT BRANDS INC.,<br><br>        Defendants. | No. 2:24-cr-00295-RGK<br><br>NOTICE OF REASSIGNMENT |
|---|---|

    Plaintiff United States of America, hereby advises the Court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

|  | Name | E-Mail Address |
|---|---|---|
| Previously Assigned AUSA | Adam P. Schleifer | adam.schleifer@usdoj.gov |
| Newly Assigned AUSA | Benedetto L. Balding | benedetto.balding@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: April 8, 2025                    Respectfully submitted,

                                        BILAL A. ESSAYLI
                                        United States Attorney

                                        LINDSEY GREER DOTSON
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                               /s/ *Benedetto L. Balding*
                                        BENEDETTO L. BALDING
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA